PROB 12C
(7/93)

Report Date: April 21, 2015

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

## Apr 21, 2015

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald Dale Mueller                Case Number: 0980 2:11CR00100-FVS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: May 4, 2012

Original Offense:       Dealing in Counterfeit Currency, 18 U.S.C. §§ 473 and 2

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 30 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | October 31, 2014 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: | October 30, 2017 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: On April 15, 2015, Ronald Mueller submitted a urine specimen that yielded initial positive findings for methamphetamine.  Mr. Mueller denied use, and the specimen was forwarded to a laboratory for additional testing.  On April 21, 2015, a lab report was received from Alere Toxicology revealing the UA specimen was confirmed positive for methamphetamine.

2      **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On April 16, 2015, the undersigned officer personally directed Ronald Mueller to report to the U.S. Probation Office at 8 a.m. on April 17, 2015. Mr. Mueller failed to report as directed, and his current whereabouts are unknown.

Prob12C
**Re: Mueller, Ronald Dale**
**April 21, 2015**
**Page 2**

|   |   |
|---|---|
| 3 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |

**Supporting Evidence**: In February 2015, Ronald Mueller quit his job working at Omega Pacific. He has since failed to secure employment.

4  **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ronald Mueller failed to attend outpatient treatment at Adept on April 13 and 20, 2015.

5  **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ronald Mueller failed to report for urinalysis substance abuse testing on April 13, 2015.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 21, 2015

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle
Signature of Judicial Officer

April 21, 2015
Date