PROB 12C
(7/93)

Report Date: May 8, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald Dale Mueller     Case Number: 0980 2:11CR00100-SAB-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Stanley Allen Bastian, U.S. District Judge

Date of Original Sentence: May 4, 2012

| | |
|---|---|
| Original Offense: | Dealing in Counterfeit Currency, 18 U.S.C. §§ 473 and 2 |
| Original Sentence: | Prison 30 months; TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Earl A. Hicks |
| Defense Attorney: | Steven Roberts |

Date Supervision Commenced: October 31, 2014

Date Supervision Expires: October 30, 2017

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/21/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

6     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

**Supporting Evidence**: On May 5, 2015, Ronald Mueller was arrested by authorities on his outstanding federal probation warrant and his outstanding state probation warrant. At the time of his arrest, he was found to be in possession of a quantity of heroin and methamphetamine. Subsequently, felony drug charges against Mr. Mueller are now pending in Spokane County Superior Court, case number 15-1-01734-0.

7     **Special Condition # 18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ronald Mueller failed to attend scheduled substance abuse treatment

Prob12C
Re: Mueller, Ronald Dale
May 8, 2015
Page 2

group sessions at Adept on April 27 and May 4, 2015.

8   **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ronald Mueller failed to report as directed for substance abuse testing on April 21, 24, and 29, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/08/2015

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*/s/ Stanley A. Bastian*
Signature of Judicial Officer

05/08/2015
Date